**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00423-LTB-BNB

GARY CROWDER,

       Plaintiff,

v.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, a New York corporation, now known as AXA EQUITABLE LIFE INSURANCE COMPANY, a New York corporation,
CONNECTICUT GENERAL LIFE SURANCE COMPANY, a Connecticut corporation,
CIGNA GROUP INSURANCE, a Pennsylvania corporation,

       Defendants.
_____

**ORDER**
_____

Upon Defendants Unopposed Motion to Dismiss Without Prejudice Cigna Group Insurance (Doc 10 - filed April 27, 2006), it is

ORDERED that the Motion is GRANTED.  Defendant Cigna Group Insurance is DISMISSED WITHOUT PREJUDICE in this matter.

                                            BY THE COURT:


                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Chief Judge

DATED:  May 1, 2006