**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00423-LTB-BNB

GARY CROWDER,

       Plaintiff,

v.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, a New York corporation, now known as AXA EQUITABLE LIFE INSURANCE COMPANY, a New York corporation,
CONNECTICUT GENERAL LIFE SURANCE COMPANY, a Connecticut corporation,

       Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 16 - filed August 1, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          Lewis T. Babcock, Chief Judge

DATED:   August 2, 2006